IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>                Plaintiff,<br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>                Defendants. | Case No. 4:23-cv-1611<br><br>State Court Case No. 2322-CC09423 |

**NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL**

To:    Marc Elliot
         5655 Pershing Ave, Apt. 529
         St. Louis, MO 63112
         Telephone: (314) 252-0579
         marc@marcelliot.com

YOU ARE HEREBY NOTIFIED that, on December 15, 20203, Defendant Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp."), with consent of all other Defendants who have been served with process, namely, The Othrs Licensing Corp., The Othrs LLC, The Square LLC, Karim Amer, Jehane Noujaim (incorrectly sued as "Jehane Noujaime"), and Isabella Constantino, filed its Notice of Removal pursuant to Title 28 United States Code §§ 1332, 1441, and 1446, in the United States District Court of the Eastern District of Missouri, Eastern Division, for removal of an action pending in the Circuit Court for the City of St. Louis,

State of Missouri, styled *Elliot v. HBO Home Entertainment Corp., et al.*, Case No. 2322-CC09423. A copy of the Notice of Removal and the exhibits to it are being provided together with this Notice.

Respectfully submitted,

Dated:  December 15, 2023

By:  /s/Joseph E. Martineau
Joseph E. Martineau, #32397MO
Kolten C. Ellis, #74451MO
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
Telephone:  (314) 444-7600
Facsimile:  (314) 612-2042
jmartineau@lewisrice.com
kellis@lewisrice.com

*Attorneys for Home Box Office, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL** was electronically filed via the Court's CM/ECF system and was e-mailed and mailed, first class postage prepaid, to the following this 15th day of December, 2023:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

/s/ Joseph E. Martineau

2