IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>　　　　　　Plaintiff,<br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>　　　　　　Defendants. | Case No. 4:23-cv-1611 |

**NOTICE OF FILING NOTICE OF REMOVAL WITH STATE COURT**

Defendant Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp.") hereby provides notice that, on December 15, 2023, the Notice to Clerk of Removal was filed with the Circuit Court for the City of St. Louis, Missouri. A true and correct copy of the Notice to Clerk of Removal, as filed, is attached as Exhibit 1. Confirmation of the filing of the Notice to Clerk of Removal with the Circuit Court of the City of St. Louis, State of Missouri, is appended hereto as Exhibit 2.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 15, 2023 | By:  /s/Joseph E. Martineau<br>Joseph E. Martineau, #32397MO<br>Kolten C. Ellis, #74451MO<br>**LEWIS RICE LLC**<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri  63101<br>Telephone:  (314) 444-7600<br>Facsimile:  (314) 612-2042<br>jmartineau@lewisrice.com<br>kellis@lewisrice.com<br><br>*Attorneys for Home Box Office, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of December, 2023, a true copy hereof was served via electronic mail and U.S. mail, first-class postage prepaid, on the following:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

/s/ Joseph E. Martineau

2