

--Select Destination--

Case.net  |   Courts Home  |   My Account  |   eFiling Info

log out jmartineau - 32397

**File on Existing Case Confirmation**

Thank you for your submission on **12/15/23 at 12:35 PM**. Below is important information regarding this submission. You will receive e-mails from the eFiling System regarding the status of your submission. This page is printer friendly.

If you need to contact the clerk about this submission or if you need to submit another filing and you do not have the case number, please use the following.

**eFiling Confirmation Number:**  EF33105455

The following information and documents were submitted with this filing.

**Filer Reference Number:**  None entered by filer

**No filing fee or payment information on this filing.**

Case

**Court Case Number:** 2322-CC09423

**Court Case Description:** MARC BRANDON ELLIOT V HBO HOME ENTERTAINMENT ET AL

Other Tort filed in St Louis City - Circuit Court

**Notes to Clerk:**  None entered by filer

Document

**Notice of/to - Notice (other)**
Notice to Clerk of Removal

**Filed on behalf of:**   HBO HOME ENTERTAINMENT CORP

EFILING MENU

eFiling Version 1.5.66.16                                                                                                   Released 10/19/2023

Exhibit 2