# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>                     Plaintiff,<br><br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>                     Defendants. | Case No. 4:23-cv-1611 |

## **ENTRY OF APPEARANCE**

COMES NOW Kolten C. Ellis of Lewis Rice LLC, and hereby enters his appearance on behalf of Defendant Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp.") in the above-titled action.

Respectfully submitted,

Dated:  December 15, 2023

By:  /s/Kolten C. Ellis
Kolten C. Ellis, #74451MO
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7600
Facsimile:  (314) 612-2042
kellis@lewisrice.com

*Attorney for Home Box Office, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of December, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all counsel of record via the Court's electronic filing system.  I further certify that a true and accurate copy of the foregoing was delivered via electronic mail and deposited with the U.S. Postal Service, first-class postage prepaid and properly addressed for delivery to:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

                                                                       /s/ Kolten C. Ellis