MOED-0001              DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Marc Elliot | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:23-cv-1611 (SEP) |
| | ) |
| HBO HOME ENTERTAINMENT GROUP, et al. | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Home Box Office, Inc</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):
      Not publicly traded

   b. Its parent companies or corporations (if none, state "none"):
      Warner Bros. Discovery, Inc.

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
      WarnerMedia (Thailand) Limited

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
      Warner Bros. Discovery, Inc.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

   The subject organization is a corporation incorporated in the State of Delaware and whose principal place of business is located in the State of New York.

   Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001　　　　　DISCLOSURE STATEMENT

     By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

          /s/ Joseph E. Martineau
Signature (Counsel for Plaintiff/Defendant)
Print Name: Joseph E. Martineau
Address: 600 Washington Ave Ste. 2500
City/State/Zip: St. Louis, MO 63102
Phone: (314) 444-7600

Certificate of Service

     I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: December 18, 20 23.

          /s/ Joseph E. Martineau
Signature