# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>　　　　　　Defendants. | Case No.  4:23-cv-1611 (SEP) |

## ENTRY OF APPEARANCE

COMES NOW Kolten C. Ellis of Lewis Rice LLC, and hereby enters his appearance on behalf of Defendants The Othrs, LLC; The Othrs Licensing Corp.; and The Square, LLC in the above-titled action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  December 19, 2023　　　　　　By:  /s/ Kolten C. Ellis
　　　　　　　　　　　　　　　　　　　　Kolten C. Ellis, #74451MO
　　　　　　　　　　　　　　　　　　　　**LEWIS RICE LLC**
　　　　　　　　　　　　　　　　　　　　600 Washington Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63101
　　　　　　　　　　　　　　　　　　　　Telephone:  (314) 444-7600
　　　　　　　　　　　　　　　　　　　　Facsimile:  (314) 612-2042
　　　　　　　　　　　kellis@lewisrice.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Home Box Office, Inc., The Othrs, LLC, The Othrs Licensing Corp The Square, LLC, Karim Amer, and Jehane Noujaim*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of December, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record via the Court's electronic filing system. I further certify that a true and accurate copy of the foregoing was delivered via electronic mail to the following party, who has consented in writing to service by such means pursuant to Fed. R. Civ. P. 5(b)(2)(F):

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

                                                                              /s/ Kolten C. Ellis