

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Elizabeth Seidlin-Bernstein, Esq.**

DATE OF ADMISSION

**April 24, 2014**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  December 19, 2023

_Patricia Johnson_
Patricia A. Johnson
Chief Clerk