**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| MARC ELLIOT, <br><br>                      Plaintiff, <br><br> v. <br><br> HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10, <br><br>                      Defendants. | Case No.  4:23-cv-1611 (SEP) |

**ENTRY OF APPEARANCE**

COMES NOW Joesph E. Martineau of Lewis Rice LLC, and hereby enters his appearance on behalf of Defendant Isabella Constantino in the above-titled action.

Respectfully submitted,

Dated:  December 22, 2023

By:  /s/Joseph E. Martineau
    Joseph E. Martineau, #32397MO
    **LEWIS RICE LLC**
    600 Washington Avenue, Suite 2500
    St. Louis, Missouri  63101
    Tel:  (314) 444-7600; Fax:  (314) 612-2042
    jmartineau@lewisrice.com
    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record and the following party via the Court's electronic filing system:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

/s/ Joseph E. Martineau