IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>　　　　　　Defendants. | Case No. 4:23-cv-01611-SEP |

## ENTRY OF APPEARANCE

COMES NOW Elizabeth Seidlin-Bernstein of Ballard Spahr LLP, and hereby enters her appearance on behalf of Defendant Isabella Constantino in the above-titled action.

Dated: December 22, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　By:　*/s/ Elizabeth Seidlin-Bernstein*
　　　　　　　　　　　　　　　　　　Elizabeth Seidlin-Bernstein (*pro hac vice*)
　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7599
　　　　　　　　　　　　　　　　　　Telephone: 215.665.8500
　　　　　　　　　　　　　　　　　　Facsimile: 215.864.8999
　　　　　　　　　　　　　　　　　　seidline@ballardspahr.com

　　　　　　　　　　　　　　　　*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of December, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record and the following party via the Court's electronic filing system:

Marc Elliot
5655 Pershing Ave, Apt. 529
St. Louis, MO 63112
Telephone: (314) 252-0579
marc@marcelliot.com

*Plaintiff, pro se*

                                                           */s/ Elizabeth Seidlin-Bernstein*