# Exhibit A

This exhibit is a video recording that cannot be efiled. A hard copy has been provided to the Court, plaintiff and all counsel.