IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>                Plaintiff,<br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>                Defendants. | Case No. 4:23-cv-01611-SEP |

**EXHIBIT KEY TO DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS OR TRANSFER VENUE**

Pursuant to this Court's Practice Requirement 9 regarding motions and memoranda, Defendants Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp."), Jehane Noujaim (incorrectly sued as "Jehane Noujaime"), Karim Amer, The Othrs Licensing Corp., The Othrs, LLC, The Square, LLC, and Isabella Constantino respectfully submit this exhibit key to the memorandum in support of their motion to dismiss or transfer venue.

| EXHIBIT NAME | DOCKET NUMBER |
|---|---|
| Memorandum in Support | 31-1 |
| Declaration of Karim Amer | 31-2 |
| Declaration of Isabella Constantino | 31-3 |
| Declaration of Samantha Grande | 31-4 |
| Declaration of Jehane Noujaim | 31-5 |
| Declaration of Lisa Heller | 31-6 |
| Notice of filing physical media: Exhibit A to Declaration of Lisa Heller - video | 31-7 |

Dated: January 12, 2023

Respectfully submitted,

BALLARD SPAHR LLP

By:   */s/ Elizabeth Seidlin-Bernstein*
Elizabeth Seidlin-Bernstein (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
seidline@ballardspahr.com

LEWIS RICE LLC
Joseph E. Martineau (#32397MO)
Kolten C. Ellis (#74451MO)
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: 314.444.7600
Facsimile: 314.612.2042
jmartineau@lewisrice.com
kellis@lewisrice.com

*Attorneys for Defendants*