# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Elizabeth Seidlin-Bernstein
Tel: 215.988.9774
Fax: 215.864.8999
seidline@ballardspahr.com

4xJanuary 12, 2024

*By Federal Express*

Hon. Sarah E. Pitlyk
United States District Court for the
Eastern District of Missouri
Chambers 16N
111 S. 10th Street, Suite 16.148
St. Louis, MO 63102
314-244-7805

Re:   *Elliot v. HBO Home Entertainment Corp. et al.*, No. 4:23-cv-01611-SEP

Dear Judge Pitlyk:

This firm represents Defendants in the case noted above.

Enclosed please find a DVD of Exhibit A to the Declaration of Lisa Heller electronically filed today in connection with Defendants' Motion to Dismiss or Transfer (Dkt. 31). The DVD contains a video exhibit that cannot be electronically filed.

If you have any questions or issues relating to this exhibit please let me know.

Respectfully submitted,

*Elizabeth Seidlin-Bernstein*

Elizabeth Seidlin-Bernstein