# Motion for Extension of Time: Case No. 4:23-cv-01611-SEP

Honorable Judge Pitlyk
United States District Court
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

**Re: Case No. 4:23-cv-01611-SEP, Marc Elliot v. HBO Home Entertainment Corp., et al.**

Dear Judge Pitlyk,

I am writing to request a short extension to submit the joint proposed scheduling plan, as required by the May 6, 2024 court order. I do not feel comfortable agreeing to the proposed schedule by the defendants as I am actively seeking legal representation and require additional time to secure counsel. I have informed opposing counsel of this situation and that I will be formally requesting an extension.

I respectfully ask for a 45-day extension to allow me to secure representation and submit a joint proposed scheduling plan.

Thank you for your understanding and consideration.

**DATED** this 10th day of June 2024.

**Respectfully submitted,**

Marc Elliot
Defendant, pro se
5655 Pershing Ave, Apt 529
St. Louis, MO 63112
marc@marcelliot.com
314-252-0579