IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARC ELLIOT,<br><br>                Plaintiff,<br>v.<br><br>HBO HOME ENTERTAINMENT CORP., a Delaware Corporation; JEHANE NOUJAIME, an individual; KARIM AMER, an individual; THE OTHRS, LLC, a Florida limited liability company; THE OTHRS LICENSING CORP., a Florida corporation; THE SQUARE, LLC, a New York limited liability company; ISABELLA CONSTANTINO, an individual; JOHN DOES 1–10,<br><br>                Defendants. | Case No. 4:23-cv-01611 |

**DEFENDANTS' RESPONSE CONSENTING TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT PROPOSED SCHEDULING PLAN**

Defendants HBO Home Box Office, Inc. (incorrectly sued as "HBO Home Entertainment Corp."); Jehane Noujaim (incorrectly sued as "Jehane Noujaime"); Karim Amer; The Othrs, LLC; The Othrs Licensing Corp.; The Square, LLC; and Isabella Constantino (collectively, "Defendants") respond and consent to Plaintiff Marc Elliot's Motion for Extension of Time to Submit Joint Proposed Scheduling Plan (Dkt. 37) as follows:

1. On May 6, 2024, this Court entered its Order Setting Rule 16 Conference, setting such conference for June 21, 2024, at 11:30 AM, and requiring the parties to meet and confer and to submit a Joint Proposed Scheduling Plan on or before June 11, 2024. The Order provided that counsel for Plaintiff was responsible for submission of the Joint Proposed Scheduling Plan.

2. At present, Plaintiff acts pro se in this matter.

3. On June 5, 2024, not having heard from Plaintiff, counsel for Defendants submitted to Plaintiff a proposed Scheduling Plan, conforming to the Track 2 Assignment set by the Court and inviting a conference regarding same and other case-related matters.

4. The parties agreed to discuss the proposed Scheduling Plan on Monday, June 10, 2024. Plaintiff and defense counsel conferred on that date. During that conference, and in an email that preceded it, Plaintiff advised that he was seeking to secure counsel, was not prepared to discuss or take a position on the proposed Scheduling Plan, and intended to file a motion seeking postponement of same, which he has now done.

5. Under the circumstances, Defendants do not oppose Plaintiff's request to extend the date for submission of a proposed scheduling plan or a corresponding postponement of the June 21, 2024 Scheduling Conference.

6. Moreover, there is presently pending before this Court, and fully briefed, a Motion to Dismiss or Transfer Venue, joined by all Defendants, asserting the following: (1) lack of personal jurisdiction over any Defendant; (2) improper venue; and (3) failure to state a claim. If granted, that Motion would be fully dispositive of the case on the merits or, at a minimum, dispose of any proceedings in this Court. Accordingly, granting Plaintiff's request will not unduly delay these proceedings, will not prejudice either party, and could expedite disposition of this action and prevent inefficient use of the Court's or the parties' resources.

Dated: June 11, 2024                    Respectfully submitted,

                                                          LEWIS RICE LLC

                                                          By:   /s/ *Joseph. E. Martineau*
                                                                   Joseph E. Martineau (#32397MO)
                                                                   Kolten C. Ellis (#74451MO)
                                                                   600 Washington Avenue, Suite 2500
                                                                   St. Louis, MO 63101
                                                                   Telephone: 314.444.7600
                                                                   Facsimile: 314.612.2042
                                                                   jmartineau@lewisrice.com
                                                                   kellis@lewisrice.com

                                          BALLARD SPAHR LLP
                                                Elizabeth Seidlin-Bernstein (*pro hac vice*)
                                                1735 Market Street, 51st Floor
                                                Philadelphia, PA 19103-7599
                                                Telephone: 215.665.8500
                                                Facsimile: 215.864.8999
                                                seidline@ballardspahr.com

                                        *Attorneys For Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was served on all attorneys of record via the Court's electronic filing system this 11th day of June, 2024.

| | |
|---|---|
| BALLARD SPAHR LLP<br>Elizabeth Seidlin-Bernstein (*pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: 215.665.8500<br>Facsimile: 215.864.8999<br>seidline@ballardspahr.com<br><br>*Attorneys for Defendants* | Marc Elliot<br>5655 Pershing Ave, Apt. 529<br>St. Louis, MO 63112<br>Telephone: (314) 252-0579<br>marc@marcelliot.com<br><br>*Plaintiff, pro se* |

          /s/   Joseph E. Martineau