## Notice of Change of Address: Case No. 4:23-cv-01611-SEP

Honorable Judge Pitlyk
United States District Court
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

**Re: Case No. 4:23-cv-01611-SEP, Marc Elliot v. HBO Home Entertainment Corp., et al.**

Honorable Judge Pitlyk,

I am writing to request to update my address on record. My previous address was:

5655 Pershing Ave, Apt 529
St. Louis, MO 63112

My new address is:

5850 Macklind Ave #1060
St. Louis, MO 63109

I respectfully request that the Court update my contact information to reflect this change.

Thank you for your attention to this matter.

**DATED** this 22nd day of July 2024.

**Respectfully submitted,**

_____

Marc Elliot
Plaintiff, pro se
5850 Macklind Ave #1060
St. Louis, MO 63109
marc@marcelliot.com
314-252-0579