# Motion for Extension of Time: Case No. 4:23-cv-01611-SEP

Honorable Judge Pitlyk
United States District Court
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102


**Re: Case No. 4:23-cv-01611-SEP, Marc Elliot v. HBO Home Entertainment Corp., et al.**

Dear Judge Pitlyk,

I am writing to request one final extension of 30 days to seek legal representation.  I cannot guarantee I'll have representation after the 30 days but if there is a chance I need a little more time.

Thank you for your understanding and consideration.

**DATED** this 26th day of July 2024.

**Respectfully submitted,**

_____

Marc Elliot
Defendant, pro se
5850 Macklind Ave #1060
St. Louis, MO 63109
marc@marcelliot.com
314-252-0579